UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

JOSEPH HENRY and MICHAEL MALINKY,

                        Plaintiffs,

      vs                                      1:01-CV-1681

CHAMPLAIN ENTERPRISES, INC., d/b/a
CommutAir; ANDREW PRICE; and U.S.
TRUST COMPANY OF CALIFORNIA, N.A.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| SHAYNE & GREENWALD CO., L.P.A.<br>Attorneys for Plaintiffs<br>221 South High Street<br>Columbus, Ohio 43215 | GARY D. GREENWALD, ESQ.<br>ANNE MARIE LA BUE, ESQ. |
| DeGRAFF, FOY, KUNZ & DEVINE, LLP<br>Attorneys for Plaintiffs<br>90 State Street<br>Albany, New York 12207 | TERENCE J. DEVINE, ESQ. |
| BOND, SCHOENECK & KING, PLLC<br>Attorneys for Champlain Enterprises, Inc.;<br>   and Individual Defendants.<br>One Lincoln Center<br>Syracuse, New York 13202 | EDWARD R. CONAN, ESQ. |
| GROOM LAW GROUP CHARTERED<br>Attorneys for Defendant U.S. Trust<br>   Company of California, N.A.<br>1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 | EDWARD A. SCALLET, ESQ.<br>ROBERT P. GALLAGHER, ESQ.<br>LARS C. GOLUMBIC, ESQ. |

DAVID N. HURD
United States District Judge

## **O R D E R**

The Mandate from the United States Court of Appeals for the Second Circuit was filed in the Northern District of New York on July 14, 2009.  (Docket No. 251).

In accordance with the Mandate, it is

ORDERED that

1.  The judgment entered on January 5, 2007 (Docket No. 229) is VACATED;

2.  The parties may file and serve supplemental memorandums of law on or before July 31, 2009; and

3.  Answering memorandums of law may be filed and served on or before August 14, 2009.

There will be no further oral argument.

IT IS SO ORDERED.

Dated:   July 15, 2009
          Utica, New York.

_____
United States District Judge